

**FILED**

Sep 27 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ Josepht          DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Southern District Court Of San Diego

TERRNIAL - JURISDICTION

THE COUNTRY OF MONTOREY

17CV1970 WQH BLM

Montorey Danyell Harper, Military Leader UNI Star General I Universe General IGI Universe Breave

Montorey LLC

7444 Mission Valley Rd.

San Diego, Ca 92108

Title II, Geneva, NATO Laws, Euro Union International
Treaties, respective countries laws all, the WORLD

Vs.

US, Washington DC

UN,

New York, New York US

NATO

San Diego, Ca

The Plintiff here shows how a person who didn't know him called out to him a woman while he was

running, and she had a man in the car, the plaintiff also shows how minutes later at the hotel a man in a

mercedes went to run hr over. This is what the complaint is stating and it very bad. - See here the email

– Dated Jun 21, 2017 -

Yesterday Car went to run over hr and while he was running another car a woman called out to him when it was obvious she had a husband, NOTICE OF A LAWSUIT

This means that it was to obvious that there was no reason to anything like she did but she did anyway and later on campus at the hotel a man in a Mercedes tried to run hr over, now staff where coming out at the time so this was to disrespect this as they he believed it was more offensive since they would not see him. This means the hotel is thought to like it. Now when lawsuits are interfere with the US Marshall are contacted and hr has contacted them about lawsuits being interfered with since 2015, so what hr said is correct the US Marshall share liability with defendants and the US. And that liability has gone up year over year. This says San Diego has away of getting residence and people to do things against the law this means that San Diego is in on making the liability increase but effecting justices by number of complaints so justices have caused US liability to increase by appearing not able to help and being pry to what San Diego is doing. This means other defendants as well. This means the justices are committing fraud and they know about this since 2015 as well. It is fraud by now if I telling you again that someone used there vehicle to run me over and did it when staff where outside. So, that is what you did. Now the FBI liability is gone up since they know about all this and know the Marshall's have been contacted, but this shows FBI fraud. This means that its also not hard to believe these people like the Senator from Washington and others are doing what has been reported. Now California was told by hr years ago that motorist where on the road assault this is key to that case. You will be sued you can get mad all you want but your gonna get the lawsuit and you should wait for your restraint.

Now the plaintiff shows the incident and that San Diego is not a safe place for him and the US is also abrasive

and it is severe and as the same as San Diego but worse, the public continues these kinds of attacks and they

are dangerous and the public is arrested. Therefore, the Plaintiff demands an enormous enormous unlimited

amount in damages and property.

Pro See

Montorey Danyell Harper

Joe for Frost Frim Frost – JOE

Aneebelle Goodland

Sexdus – manger montoreyllc

"Mike" black children in a kitchen, biscuits from pappa – a show on montorey television

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TERRNIAL - JURISDICTION

THE COUNTRY OF MONTOREY


IN RE TO INJUCTION

CIVIL FILE

**INJUNCTION "HALT ALL BUISNESS" - INJUCTION, WORLD BODIES ABOLISHED BECAUSE OF NUMBER OF SUITS AGAINST IT.**


**WHEREAS,** THIS MEANS IT CANNOT REFFER TO ITSELF AS RESPECTIVE CONTRIES ECT. THEY ARE ALL NOW UNDER HR'S AUTHORITY.


WHEREFORE, INJUCTIVE RELIFE IS 999 QUA ZILLION AND IT IS IN ADDITION TO IIIIIG.


DATED: Septemeber 25th, 2017  BY Montorey D Harper, Petitioner/Plaintiff:

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Southern District Court Of San Diego

TERRNIAL - JURISDICTION

THE COUNTRY OF MONTOREY

N RE TO INJUCTIONS

CIVIL FILE

**INJUNCTION TO STOP. THE UNITED STATES. THE INJUCTION STOPS THE UNITED STATES. SO, INJUCTION TO STOP THE UNITED STATES AND THE USAGE OF ITS NAME**

**WHEREAS**, THE USAGE OF THE WORDS UNITED STATES OR UNITED STATES OF AMERICA IS NOT ALLOWED, IT SO ORDERED.

The injunctive relief therefore, is IIIIIGx ENORMIOUS UNLMITED AMOUNT of the petitioner's Money. This is considered above an unlimited amount and enormous and is uncountable.

DATED: September 23th, 2017  BY Montorey D Harper, Petitioner/Plaintiff:

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TERRNIAL - JURISDICTION

THE COUNTRY OF MONTOREY

IN RE TO INJUCTION

CIVIL FILE

**INJUNCTION TO THE PRESIDENT OF THE UNITED STATES FROM PRESIDENTIAL POWER, STOP, THE INJUCTION STOPS THE USE AND INFORCEMENT OF ALL POWERS. POWER IS ALREADY PERMEANALY SUSPENDED. STOP FORBIDDS PRESIDENT FROM REFFERING TO HIMSELF AS PRESIDENT OF THE UNITED STATES OR THE UNITED STATES OF AMERICA.**

**WHEREAS,** THIS MEANS AS WELL HE CANNOT REFFERER TO HIMSELF AS PRESIDENT. AND THE USE OF IT IS ABOLISHED. IN ADDTION HE KNEW AND THE WHITE HOUSE KNEW THAT THIS POWER WAS SUPPENEDED RECENTLY WHEN THEY COMAPLINED ABOUT AN EMAIL. BECAUSE OF THIS THE IN JUNCTION STOPS ARREST, THIS MEANS PREDIENT TRUMP IS ARRESTED AND HIS ARREST CANNOT BE STOPED, BECAUSE HE DID KNOW HE DID NOT HAVE AUTHORITY AND THAT THE COURT WAS CLOSED, THERE WAS NO LEGISLATIVE AUTHORITY AS WELL AND HE KNEW THIS. HE ALREADY KNEW THAT EXECUTIVE POWER WAS "SUSPENDED" SUSPENDED.

WHEREFORE, INJUCTIVE RELIFE IS 999 QUA ZILLION AND IT IS IN ADDITION TO TWO INJUCTIVE RELIFE THAT IS STILL PENDING THAT IS TWO TRILLION.

DATED: Septemeber 23th, 2017 BY Montorey D Harper, Petitioner/Plaintiff:

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TERRNIAL - JURISDICTION

THE COUNTRY OF MONTOREY

IN RE TO INJUCTIONS

CIVIL FILE

**INJUNCTION TO STOP THE CONGRESS FROM REFFERING TO ITSELF AS THE CONGRESS**

**WHEREAS,** THE CONGRESS ALREADY KNOWS ITS POWER WAS PEMENATLY SUSPENDED, THEREFORE, IT CANNOT NOW REFFER TO ITSLEF AS A CONGRESS ANYMORE. THUS, AND FACT CONGRESSIONAL MEMEBRS CANNOT REFFER TO THEMSELVES AS CONGRESSIONAL MEMEBERS ECT. THE INJUCTION BEDS AND STOPS THE EMPLOYMENT AND CONTINUED EMPLOYMENT OF ALL FEDERAL WORKERS AND STATE. SIMPLE. IT ISNT A UNITED STATES ANYMORE. ORDER. IT IS SO ORDERED.

The injunctive relief therefore, is IIIIIG the petitioner's Money. This is considered above an unlimited amount and enormous and is uncountable.

DATED: September 23th, 2017 BY Montorey D Harper, Petitioner/Plaintiff:

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TERRNIAL - JURISDICTION

THE COUNTRY OF MONTOREY


IN RE TO LAWSUIT IN DISTRICT FEDERAL COURT

CIVIL FILE

**MOTION AND INJUNCTION TO STOP US FROM REFFERING TO IT SELF AS THE UNITED STATES OF AMERICA, AND STOP**

**WHEREAS,** THE INJUCTIONS INFORCED NOW FORBID AUTHORITY FOR THE US AND MOTIONS SET FORTH FOR THE COURT HAS CLOSED THE SUPREME COURT, NOW WHEREFORE SINCE THIS IS LAW AND LAND. THE FORMER US CANNOT REFFER TO ITSELF AS THE UNITED STATES OR THE UNITED STATES OF AMERICA ANYMORE. THE DEFENDANTS ALREADY KNOW WELL OF DEFULTS OF THE PETITIONER AND NON MAILING OF SUITS ECT. INJUCTIONS HAVE BEEN APART OF THIS AND LAWSUITS. THE STOP IMMEDIATELY FORBIDDS THE US FROM REFFERING TO ITSELF AS THE UNITED STATES OR THE UNITED STATES OF AMERICA.


WHEREFORE, INJUCTIVE RELIFE IS 1 TRILLION AND IT IS IN ADDITION TO AN INJUCTIVE RELIFE THAT IS STILL PENDING THAT IS ONE TRILLION, SO, TWO TRILLION.


DATED: Septemeber 23th, 2017  BY Montorey D Harper, Petitioner/Plaintiff: